April 24, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jesse P. Yates* for the petitioners. *Mr. Francis Marion Etheridge,* and *Mr. Joseph Manson McCormick* for the respondents.

---

No. 948. MASON & HANGER COMPANY, PETITIONER, *v.* MICHAEL SHARON: April 24, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Herman S. Hertwig* for the petitioner. *Mr. Sydney A. Syme* for the respondent.

---

No. 956. STEARNS COAL & LUMBER COMPANY, PETITIONER, *v.* JOHN S. VAN WINKLE ET AL. April 24, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. James N. Sharp* for the petitioner. *Mr. James Garnett* for the respondents.

---

No. 938. HARRY OLIVER, PETITIONER, *v.* THE UNITED STATES. May 1, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George A. Knight* and *Mr. Charles J. Heggerty* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.

---

No. 949. JOHN P. BROGAN, PETITIONER, *v.* THE NATIONAL SURETY COMPANY. May 1, 1916. Petition for a writ of certiorari to the United States Circuit Court of